[NOT FOR PUBLICATION]

United States Court of Appeals
For the First Circuit

No. 97-1189

IN RE: THUNDERBOLT REALTY TRUST,
Debtor.


ELEANOR B. MARTIN,

Plaintiff, Appellant,

v.

RUSSELL E. MARTIN, SR., ET AL.

Defendants, Appellees.


APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Michael A. Ponsor, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Aldrich, Senior Circuit Judge, and 
Lynch, Circuit Judge. 



Louis Kerlinsky on brief for appellant. 
Mark H. Bluver, Steven Weiss, Susan E. Zak, and Shatz, Schwartz & 
Fentin, P.C. on brief for appellee Steven Weiss, Chapter 7 Trustee. 
Stephan M. Rodolakis, Mark Foss, and Peters, Barhill, Massad & 
Rodolakis on brief for appellee A. Richard Grebe. 
Michael J. Rye and Doherty, Wallace, Pillsbury & Murphy, P.C. on 
brief for appellees Park West Bank and Trust Company and David Azran.

September 19, 1997


Per Curiam. We have reviewed the parties' briefs Per Curiam 

and the record on appeal. We affirm the decision of the

district court that the complaint filed by appellant Eleanor

Martin failed to comply with the applicable statute of

limitations for the reasons stated in the court's well-

reasoned memorandum. See Loc. R. 27.1. The judgment entered 

on December 18, 1996 is affirmed. Costs to appellees.

Affirmed. 

-2- 2